UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

Richard Drake,
    Plaintiff,

VS                                  CV-94-5944(FB)(RL)

Delta Airlines, Inc.,
    Defendants.

Jury verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED THAT PLAINTIFF SHALL RECOVER NOTHING FROM THE DEFENDANT AND THE COMPLAINT IS DISMISSED IN IT'S ENTIRETY, FOR THE REASONS STATED IN THE COURT'S MEMORANDUM AND ORDER DATED JULY 21, 2005 GRANTING DEFENDANT'S MOTION FOR A JUDGMENT AS A MATTER OF LAW PURSUANT TO RULE 50(b) OR IN THE ALTERNATIVE DEFENDANT'S MOTION FOR A NEW TRIAL PURSUANT TO RULE 59.

7/25/05
DATE

ROBERT C. HEINEMANN
CLERK OF THE COURT

(By) DEPUTY CLERK